## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RIDGE CHRYSLER JEEP, LLC, d/b/a )
MARQUETTE CHRYSLER JEEP, et al. )
　)
Plaintiffs, )
　)
　) Civil Action No. 03 C 00760
v. ) Judge Wayne Andersen
　) Magistrate Arlander Keys
DAIMLERCHRYSLER SERVICES )
NORTH AMERICA LLC, )
　)
Defendant/Counterclaim Plaintiff, )
　)
v. )
　)
RIDGE CHRYSLER PLYMOUTH, LLC, d/b/a )
MARQUETTE CHRYSLER JEEP, )
　)

To:　SEE ATTACHED SERVICE LIST

**DOCKETED**
OCT 2 7 2003

**FILED**

OCT 1 0 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **October 21, 2003 at 9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Andersen** or any Judge sitting in his stead, in Room 1403, Dirksen Federal Building, Chicago, Illinois and move the Court pursuant to the attached: **Defendant's Motion To Seal Defendant's Reply Brief in Support of Defendant's Motion to Disqualify Counsel for Plaintiffs and Counterclaim Defendants**

Martin P. Greene

GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street, Suite 1650
Chicago, Illinois 60602
312/346-1100

1

93

## PROOF OF SERVICE

The undersigned hereby certifies that the above identified documents were served on the above-mentioned parties on October 10, 2003.

( )   by personal delivery

( X )   by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

_____
Martin P. Greene

GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\CHRYSLER\RIDGE 92-00001\PLEADING\Chrysler nom 10 10 03.wpd

2

*Ridge Chrysler Jeep et al. vs. DaimlerChrysler Services*

## SERVICE LIST

Edward R. Vrdolyak
Nicholas Geanopoulos
EDWARD R. VRDOLYAK, LTD.
741 North Dearborn Street
Chicago, Illinois 60610

Steven W. Berman
Steven C. Mitchell
Christopher A. O'Hara
HAGENS BERMAN LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

William Hooks
HOOKS LAW OFFICES, PC
29 S. LaSalle, Suite 333
Chicago, IL 60603

Eugene Pincham
R. EUGENE PINCHAM, PC
9316 S. Michigan Ave.
Chicago, IL 60619

William J. Harte
Erik D. Gruber
WILLIAM J. HARTE, LTD.
111 W. Washington St.
Suite 1100
Chicago, IL 60602

James J. Roche
James J. Roche & Associates
642 N. Dearborn St.
Chicago, IL 60610

Thomas R. Rakowski
Thomas R. Rakowski and Associates
One North Franklin Street
Suite 1200
Chicago, Illinois 60606

X:\CHRYSLER\RIDGE 92-00001\PLEADING\service.1st.082903.wpd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

OCT 1 0 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| RIDGE CHRYSLER JEEP, LLC, d/b/a | ) | |
| MARQUETTE CHRYSLER JEEP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAIMLERCHRYSLER SERVICES | ) | |
| NORTH AMERICA LLC, | ) | |
| | ) | Civil Action No. 03 C 00760 |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | Judge Wayne Andersen |
| v. | ) | |
| | ) | Magistrate Arlander Keys |
| | ) | |
| RIDGE CHRYSLER PLYMOUTH, LLC, d/b/a | ) | |
| MARQUETTE CHRYSLER JEEP, et al., | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

**DOCKETED**
OCT 2 7 2003

## DEFENDANT'S MOTION TO SEAL
## DEFENDANT'S MOTION TO DISQUALIFY
## COUNSEL FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS

Defendant DaimlerChrysler Services North America LLC, d/b/a Chrysler Financial

("Chrysler Financial"), moves that the Court enter an order allowing Chrysler Financial to file

Defendant's Motion to Disqualify Counsel for Plaintiffs and Counterclaim Defendants under seal

pursuant to Local Rules 5.8 and 26.2. In support of its motion, Chrysler Financial states:

1.      On September 5, 2003, Chrysler Financial filed a motion to disqualify counsel for

the plaintiffs in Coburn v. DaimlerChrysler Services North America LLC, in the United States

District Court for the Northern District of Illinois, Case No. 03 C 00759 (Castillo, J.). By order

of Judge Castillo, Chrysler Financial's motion to disqualify in Coburn was filed under seal.

93

2.      Chrysler Financial's motion to disqualify in the present action attaches,

incorporates, and is based on its sealed motion to disqualify filed in Coburn.

3.      Because the motion to disqualify filed in Coburn is under seal, the Reply brief in

support of Defendant's Motion to Disqualify filed on September 29, 2003, in the present action

should also be placed under seal.

Respectfully submitted,

Martin P. Greene
Eileen M. Letts
GREENE AND LETTS
111 West Washington Street, Suite 1650
Chicago, Illinois 60602
312-346-1100
FAX 312-346-4571

William R. Bay
Francis X. Buckley, Jr.
Jeffrey R. Fink
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7010

Attorneys for Defendant
DaimlerChrysler Services North America LLC

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2003, a true and accurate copy of the foregoing was mailed, United States postage prepaid, to the following:

Edward R. Vrdolyak
Nicholas Geanopoulos
EDWARD R. VRDOLYAK, LTD.
741 North Dearborn Street
Chicago, IL 60610

Steven W. Berman
Steven C. Mitchell
Christopher A. O'Hara
HAGENS BERMAN LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

William Hooks
HOOKS LAW OFFICES, PC
29 S. LaSalle, Suite 333
Chicago, IL 60603

Eugene Pincham
R. EUGENE PINCHAM, PC
9316 S. Michigan Ave.
Chicago, IL 60619

William J. Harte
Erik D. Gruber
WILLIAM J. HARTE, LTD.
111 W. Washington St.
Suite 1100
Chicago, IL 60602

James J. Roche
Michaela Stapleton-Corcoran
LeeAnn M. Crow
JAMES J. ROCHE & ASSOCIATES
642 North Dearborn Street
Chicago, IL 60610

3