UNITED STATES DISTRICT COURT
NORTHRN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIDGE CHRYSLER JEEP, LLC d/b/a MARQUETTTE CHRYSLER JEEP, et al., ) ) ) | 03 CH 00760 |
| Plaintiff, ) ) | |
| vs. ) ) | District Judge Wayne Anderson |
| DIAMLERCHRYSLER SERVICES NORTH AMERICA, LLC, ) ) ) | |
| ) | Magistrate Judge Arlander Keys |
| Defendants. ) | |
| vs. ) ) | |
| RIDGE CHRYSLER JEEP, LLC d/b/a MARQUETTTE CHRYSLER JEEP, et al., ) ) ) | |
| Counterclaim Defendants ) | |

## SUGGESTION OF BANKRUPTCY

1. It is suggested of record that on November 8, 2010, the above-captioned Counterclaim Defendant, Elizabeth A. Gorman (the "Debtor") filed a Voluntary Petition for relief under Chapter 7 in the United States Bankruptcy Court for the Northern District, Eastern Division of Illinois, Case No. 10 B 49914.

2. A true and correct copy of the Notice of Filing of Bankruptcy case for the Debtor. is attached hereto as Exhibit A.

3. The Debtor suggests that this action has been stayed by the operation of 11 U.S.C. §362.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

_____
Gregory K. Stern, Attorney For Debtor

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID # 6292972)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## Open New Bankruptcy Case

### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Bankruptcy Case Filing

The following transaction was received from Gregory K Stern entered on 11/8/2010 at 12:43 PM CST and filed on 11/8/2010

**Case Name:** Elizabeth A Gorman
**Case Number:** 10-49914
**Document Number:** 1

**Docket Text:**
Chapter 7 Voluntary Petition Fee Amount $299, Filed by Gregory K Stern on behalf of Elizabeth A Gorman (Stern, Gregory)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\ECF\Gorman, Elizabeth\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=11/8/2010] [FileNumber=31025429-0] [301f7df416b3cdd98a0380ac67983440eee0743bb8cb2fe0adf09106aa5206344b
4cf073672afbf563617c51893d556b861db4c353d55ce34c3e1899bea4b0f4]]

**10-49914 Notice will be electronically mailed to:**

William T Neary
USTPRegion11.ES.ECF@usdoj.gov

Gregory K Stern on behalf of Debtor Elizabeth Gorman
gstern1@flash.net, steve_horvath@ilnb.uscourts.gov

**10-49914 Notice will not be electronically mailed to:**